**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____  Chapter  __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Arecont Vision Holdings, LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 46-5029187 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **425 Colorado Blvd.**<br>**Suite 700**<br>**Glendale, CA 91205**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)  www.arecontvision.com

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Arecont Vision Holdings, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ■ None of the above

    B. *Check all that apply*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
    See http://www.uscourts.gov/four-digit-national-association-naics-codes.

        __3343__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*

    ☐ Chapter 7

    ☐ Chapter 9

    ■ Chapter 11. *Check all that apply:*

        ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

    ■ No.

    ☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

    ☐ No

    ■ Yes.

| Debtor **See Attachment** | Relationship _____ |
|---|---|
| District _____ | When _____ | Case number, if known _____ |

Debtor   **Arecont Vision Holdings, LLC**                    Case number (*if known*) _____
_____
Name

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

         Contact name _____

         Phone _____

---

■■■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    Arecont Vision Holdings, LLC                                    Case number (if known) _____
          Name

███ Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
    of authorized
    representative of debtor    I have been authorized to file this petition on behalf of the debtor.

    I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on    May 14, 2018
                   MM / DD / YYYY

    X _____            T. Scott Avila
      Signature of authorized representative of debtor    Printed name

    Title    Chief Restructuring Officer


18. Signature of attorney    X _____            Date    May 14, 2018
                               Signature of attorney for debtor                    MM / DD / YYYY

                             James E. O'Neill
                             Printed name

                             Pachulski Stang Ziehl & Jones LLP
                             Firm name

                             919 N. Market Street
                             17th Floor
                             Wilmington, DE 19899
                             Number, Street, City, State & ZIP Code

                             Contact phone    302-652-4100        Email address    joneill@pszjlaw.com

                             4042 DE
                             Bar number and State

Debtor    Arecont Vision Holdings, LLC
          _____
          Name

Case number (*if known*) _____

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE
_____

Case number (*if known*) _____    Chapter    **11**

☐ Check if this an
   amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | |
|---|---|---|---|
| Debtor | Arecont Vision IC DISC | Relationship to you | **Affiliate** |
| District | District of Delaware  When | Case number, if known | |
| Debtor | Arecont Vision, LLC | Relationship to you | **Affiliate** |
| District | District of Delaware  When | Case number, if known | |

**WRITTEN CONSENT
OF THE
MAJORITY INTEREST MEMBERS
AND MANAGERS
OF
ARECONT VISION HOLDINGS, LLC**

**February 22, 2018**

The undersigned, being the members holding at least a majority of the outstanding membership interest units of Arecont Vision Holdings, LLC, a Delaware limited liability company (the "*Company*") and constituting all of the managers of the Company, do hereby approve, adopt and consent to the following resolutions without a meeting, effective as of the date first set forth above, pursuant to Sections 18-302(d) and 18-404(d) of the Delaware Limited Liability Company Act.

<u>Settlement Agreement</u>

WHEREAS, the majority interest members and the managers of the Company have considered the financial and operational aspects of the business of Company and have considered the recommendations of the Company's management, professionals and advisors;

WHEREAS, it is proposed that the Company undertake a financial restructuring of the existing debt and other obligations of the Company (the "*Restructuring*"), to be implemented pursuant to a chapter 11 bankruptcy filing;

WHEREAS, the Company's management, professionals and advisors have negotiated, and the majority interest members and the managers have been presented with and have reviewed and considered the material terms and conditions of, a proposed Settlement Agreement and Release concerning the Restructuring (the "*Settlement Agreement*");

WHEREAS, in the business judgment of the majority interest members and the managers, but without determining any action that may be taken or not taken by the Chief Restructuring Officer to be appointed in accordance with the Settlement Agreement, the Settlement Agreement is fair and reasonable to the Company and it is desirable and in the best interests of the Company and its creditors, stakeholders and other interested parties that the transactions contemplated therein be pursued and consummated;

NOW THEREFORE, BE IT RESOLVED, that the Settlement Agreement in materially the form presented to the majority interest members and the managers is hereby ratified and approved, subject to the independent review and approval of the officers of the Company, including the Chief Restructuring Officer appointed in the following resolution, (the "*Officers*") and the Officers are, and each of them is, authorized in the name of and on behalf of the Company to execute and deliver, or cause to be executed and delivered, the Settlement Agreement, any and all such other documents, certificates, instruments, amendments and agreements and to take, or cause to be taken, any and all such further action, in each case as may

be deemed necessary, desirable or advisable in the sole discretion of such Officers to pursue and consummate the transactions contemplated in the Settlement Agreement.

**Appointment of Chief Restructuring Officer**

**RESOLVED**, that consistent with the Restructuring, Scott Avila of Armory Strategic Partners, LLC is hereby appointed to the office of Chief Restructuring Officer of the Company.

**RESOLVED FURTHER**, except as set forth above with reference to the Settlement Agreement, that the Chief Restructuring Officer shall report to the Chief Executive Officer or President of the Company, and that the role of the Chief Restructuring Officer generally will be limited to administration of the Company's contemplated chapter 11 case.

**Commencement of Chapter 11 Bankruptcy Proceedings**

**RESOLVED**, that in the business judgment of the majority interest members and the managers and consistent with the Restructuring, but without determining any action that may be taken or not taken by the Chief Restructuring Officer to be appointed in accordance with the Settlement Agreement, it is desirable and in the best interests of the Company, its creditors, and other interested parties, that a voluntary petition be filed by the Company under the provisions of chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*") in the United States Bankruptcy Court for the District of Delaware within the time frame set forth in the Settlement Agreement;

**RESOLVED FURTHER**, that the Company's Officers, including the Chief Restructuring Officer, be, and hereby are, authorized to execute and file on behalf of the Company, without need for further action by the sole member, all petitions, schedules, lists and other papers or documents and to take any and all action which they deem necessary or proper to obtain such relief under the Bankruptcy Code; and that any such actions heretofore taken by the Officers on behalf of the Company are hereby ratified, approved, and confirmed;

**RESOLVED FURTHER**, that the Company is authorized to engage the law firm of Pachulski Stang Ziehl & Jones LLP as general bankruptcy counsel to the Company to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including filing any pleading;

**RESOLVED FURTHER**, that the Company is authorized to engage such additional professionals as may be necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code or to carry out the purpose and intent of the foregoing resolutions, including but not limited to, Imperial Capital, LLC, as financial advisors and investment bankers, and Armory Strategic Partners, LLC, as supporting staff to the Chief Restructuring Officer;

**Omnibus Resolutions**

**RESOLVED**, that the Officers, including the Chief Restructuring Officer (but only to the extent specifically authorized by the Chief Executive Officer or President of the Company other than with respect to approval of the Settlement Agreement), are, and each acting alone is, hereby authorized, in the name of and on behalf of the Company, to take or cause to be taken any and all

2

such further actions, to execute and deliver or cause to be executed and delivered all such other documents, certificates, instruments, amendments and agreements and to take any and all such further action as may be deemed necessary, desirable or advisable in the sole discretion of such Officers, to incur and pay all such fees and expenses and to engage in such acts as they shall in their judgment determine to be necessary, desirable or advisable to carry out fully the intent and purposes of the foregoing resolutions, including implementation of the Restructuring, the commencement of the chapter 11 Case within the time frame set forth in the Settlement Agreement, the sale or other disposition of all or substantially all of the Company's assets, the grant of liens and security interests in the Company's assets as part of any debtor-in-possession financing, and the consummation of a chapter 11 plan of liquidation or reorganization, and the execution by any such Officers of any such documents, certificates, instruments or agreements, the making of any such filings or the payment of any such fees and expenses or the doing by them of any act in connection with the foregoing matters shall be conclusive evidence of their authority therefor and for the approval of the documents, certificates, instruments and agreements so executed, the filings so made, the expenses so paid and the actions so taken;

**RESOLVED FURTHER**, that all acts and things previously done and performed (or caused to be done and performed) by the Officers in the name and on behalf of the Company prior to the date hereof in furtherance of any of the foregoing resolutions and the transactions contemplated therein be, and the same hereby are, ratified, confirmed and approved in all respects; and

**RESOLVED FURTHER**, that for purposes of these resolutions, a facsimile copy or an e-mail of a PDF file containing a copy of the signature page of the person executing these resolutions shall be effective as an original signature and effective as an execution copy thereof.

*[remainder of page intentionally blank]*

3

IN WITNESS WHEREOF, the undersigned has executed this Written Consent effective as of the date first written above.

MAJORITY INTEREST
MEMBERS AND MANAGERS:

Michael Kaplinsky, Ph.D.

Dr. Vladimir Berezin

SIGNATURE PAGE TO WRITTEN CONSENT OF THE
MAJORITY INTEREST MEMBERS AND MANAGERS OF
ARECONT VISION HOLDINGS, LLC

DOCS_SF:95769.4 05062/001

**IN WITNESS WHEREOF**, the undersigned has executed this Written Consent effective as of the date first written above.

**MAJORITY INTEREST**
**MEMBERS AND MANAGERS:**

Michael Kaplinsky, Ph.D.

_____

Dr. Vladimir Berezin

_____

**SIGNATURE PAGE TO WRITTEN CONSENT OF THE**
**MAJORITY INTEREST MEMBERS AND MANAGERS OF**
**ARECONT VISION HOLDINGS, LLC**

Fill in this information to identify the case:

Debtor name    Arecont Vision Holdings, LLC, et al.

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Avnet Electronics Marketing Box 100340 Pasadena, CA 91189-0340 | Sandra Tristan sandra.tristan@avnet.com 949-789-4313 | Trade debt | Unliquidated | | | $181,548.00 |
| ACCU-SEMBLY 1835 HUNTINGTON DR. DUARTE, CA 91010 | Irene Gomez igomez@accu-sembly.com 626-357-3447 | Trade Debt | Unliquidated | | | $142,698.00 |
| Shurcon Manufacturing Co., Ltd. 505# Jiashan Yaozhuang Jinxiu Rd Jiaxing 00031-4117 ZHEJIANG | Jessie hui.yang@shurcon.com 86-573-84779222-8006 | Trade Debt | Unliquidated | | | $122,326.00 |
| BSREP So California Office LA LLC P.O. Box 101287 Pasadena, CA 91189-1287 | Jullissa Ramirez julissa.ramirez@cis.cushwake.com 818-553-6724 | Contract | Unliquidated | | | $103,542.00 |
| Greenbase Technology Corp 13F, No. 922, Chung-Cheng Rd. Chung-Ho Dis New Taipei City TWN 235, R.O.C | Julia Wang juliawang@nexcom.com.tw 886-2-8226-7886 | Trade Debt | Unliquidated | | | $90,104.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor __Arecont Vision Holdings, LLC, et al._____   Case number (if known) _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Arrow Electronics PO Box 79329 CITY OF INDUSTRY, CA 91716-9329 | Lawrence Walters vfarello@arrow.com 818-932-1936 | Trade Debt | Unliquidated | | | $67,522.00 |
| Leading Holdings Inc. 1420 Claremont Blvd, Suite #200-D Claremont, CA 91711 | Fieona 909-624-8265 | Trade Debt | Unliquidated | | | $58,566.00 |
| ON Semiconductor Ind. LLC P.O.  BOX 95298 CHICAGO, IL 60694-5298 | Accounts Receivable arremit1@onsemi.com 888-743-7826 | Trade Debt | Unliquidated | | | $51,964.00 |
| Modotech Inc 1465 Miller Drive Colton, CA 92324 | Accounts Payable modotechinc.com 909-824-2915 | Trade Debt | Unliquidated | | | $48,672.00 |
| Sinbon Electronics Co., Ltd. 6925 216th StreetSW Lynwood, WA 98036 | Maggie maggiekao@sinbon.com 425-712-8500 | Trade Debt | Unliquidated | | | $44,800.00 |
| Future Electronics Corp 3255 Paysphere Circle Chicago, IL 60674 | Michael Nadeau tara.musial@futureelectronics.com 800-477-6668, x2985 | Trade Debt | Unliquidated | | | $43,361.00 |
| Sager Electronics PO Box 846754 Los Angeles, CA 90084-6754 | Accounts Receivable sagerelectronics@billtrust.com 800-724-3780 | Trade Debt | Unliquidated | | | $33,600.00 |
| RELX Inc Reed Exhibitions P.O. Box 9599 New York, NY 10087-4599 | Accounts Receivable inquiry@reedexpo.com 212-309-8100 | Trade Debt | Unliquidated | | | $32,151.00 |
| Fujian Forecam Optics Co., Ltd No 158, Jiangbin Road Mawei Fuzhou Fujian, CN 00035-0015 | Accounts Receivable americassales_1@forecam.com +86-591-83982411 | Trade Debt | Unliquidated | | | $31,710.00 |

Debtor    **Arecont Vision Holdings, LLC, et al.**                    Case number *(if known)*    _____
_____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| TechTeam UG Erkelenzer Street 4 41836 Huekelhoven Germany | Accounts Receivable accounting@tecteam.tv 49 0 2433 44691015 | Contract | Unliquidated | | | $19,907.00 |
| Landsberg PO Box 101144 Pasadena, CA 91189-1144 | Accounts Receivable christian.c.conard@landsberg.com 323-832-2275 | Trade Debt | Unliquidated | | | $17,355.00 |
| Halo Electronics 2880 Lakeside Dr., Ste 116 Santa Clara, CA 95054 | Accounts Receivable mglenday@haloelectronics.com 650-903-3800 | Trade Debt | Unliquidated | | | $16,324.00 |
| AEI INC 1907 NANCITA CIRCLE Placentia, CA 92870 | Accounts Receivable ckaur@arnoldelectronics.com 714-646-8343 | Trade Debt | Unliquidated | | | $16,274.00 |
| Notting Hill Media Park House 206-208 Latimer Road London, UK W10 6QY UK | Kinjai Shah kinjal.shah@nottinghillmedia.com 44 20 7183 0709 | Trade Debt | Unliquidated | | | $14,167.00 |
| Automation Electronics Division of RJA Industries 9460 Topanga Cyn. Blvd. Chatsworth, CA 91311-4184 | Lusine Akopian ae@automationelectronics.com 818-998-5124 | Trade Debt | Unliquidated | | | $13,138.00 |
| Uline, Inc. Attn: Accounts Receivable PO Box 88741 Chicago, IL 60680-1741 | Accounts Receivable accounts.receiveable@uline.com 800-295-5510 | Trade Debt | Unliquidated | | | $10,724.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor __Arecont Vision Holdings, LLC, et al.__                     Case number *(if known)* _____
                Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Rays Optics, Inc. No. 7 Hsin Ann Rd. Hsinchu, Taiwan 30076 | Julia Chiang julia.chiang@youngoptics.com +886 3 6206789 #1268 | Trade Debt | Unliquidated | | | $10,100.00 |
| Citibusiness Card PO Box 78045 Phoenix, AZ 85062-8045 | Accounts Receivable 800-842-6596 | Contract | Unliquidated | | | $9,821.00 |
| Asix 4F No 8 Hsin Ann Road Hsin Chu, Taiwan R.O.C. | Accounts Receivable jamay@asix.com.tw 886-3-5799500 x220 | Trade Debt | Unliquidated | | | $9,300.00 |
| Citibank PO Box 6243 Sioux Falls, SD 57117-6243 | Accounts Receivable 800-950-5114 | Contracts | Unliquidated | | | $8,457.00 |
| EDA Direct Inc. 4701 Patrick Henry Drive, #13 Sant Clara, CA 95054 | Accounts Receivable dave@edadirect.com 888-669-9332 | Components | Unliquidated | | | $8,392.00 |
| Coilcraft PO Box 92170 Elk Grove Village, IL 60009-2170 | Accounts Receivable ksimmons@coilcraft.com 847-516-5546 | Trade Debt | Unliquidated | | | $7,585.00 |
| Mouser Electronics PO Box 93319 Fort Worth, TX 76199-0319 | Beth Cole beth.kole@mouser.com 800-346-6873, x 251 | Trade Debt | Unliquidated | | | $6,003.00 |
| SouthComm Business Media PO Box 306133 Nashville, TN 37230-6133 | Accounts Receivable info@southcomm.com 920-653-6388 | Trade Debt | Unliquidated | | | $6,000.00 |
| Shanghai Guangshen Electronic Co., Ltd. 6F, Color Life Building No. 24 Liuxian Av Shenzhen, Guangdong Province China | Jack Lin jacklin@vip.163.com | Trade Debt | Unliquidated | | | $5,750.00 |

Official form 204            Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured claims            page 4

# United States Bankruptcy Court
## District of Delaware

In re  __Arecont Vision Holdings, LLC__                                    Case No. _____
                                            Debtor(s)            Chapter    __11__   _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Alan Hirmes<br>25 Wood Lane<br>Woodmere, NY 11598 | | 11,328 | Membership Interest Units |
| Anton Dukov<br>27 Bolshaya Kommun, #111<br>Moscow 109004<br>RUSSIA | | 22,856 | Membership Interest Units |
| Ari Greenspan<br>PO Box 2233<br>Gush Estzion<br>Efrat 90435<br>ISRAEL | | 700 | Membership Interest Units |
| Aron Abecassis Revocable Trust<br>979 Bel Air Road<br>Los Angeles, CA 90077 | | 11,328 | Membership Interest Units |
| Barry Rosner<br>415 Avenue I<br>Brooklyn, NY 11230 | | 2,645 | Membership Interest Units |
| Baruch Sterman<br>902 Country Club Rd<br>Teaneck, NJ 07666 | | 2,143 | Membership Interest Units |
| Bruce Weinberg Proit Sharing Plan<br>18 North Broadway #401<br>Tarrytown, NY 60523 | | 3,300 | Membership Interest Units |
| Dwight Hershman<br>1740 Ocean Blvd.<br>Atlantic Beach, NY 11509 | | 4,129 | Membership Interest Units |
| Geri Mansdorf<br>360 Central Ave<br>Lawrence, NY 11559 | | 2,643 | Membership Interest Units |
| Harry Kotowitz<br>12 Hall Street, Suite 200<br>Brooklyn, NY 11205 | | 6,797 | Membership Interest Units |
| Harvey Grossbard<br>22 Oak Lane<br>Wayne, NJ 07470 | | 3,286 | Membership Interest Units |

Sheet 1 of 4 in List of Equity Security Holders

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re:  **Arecont Vision Holdings, LLC**                              Case No. _____
_____
                          Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Hershman Holdings LLC<br>Attn: Ronnie A. Hershman<br>1 Hollow Lane<br>Suite 103<br>Lake Success, NY 11042 | | 31,713 | Membership Interest Units |
| Howard Goldschmidt<br>1284 Trafalgar St<br>Teaneck, NJ 07666 | | 4,720 | Membership Interest Units |
| Isaac Lamm and Livia Lamm<br>1270 E. 22nd St<br>Brooklyn, NY 11210 | | 2,643 | Membership Interest Units |
| Jerry Braun and Nehoma Brown<br>929 E. 28th St<br>Brooklyn, NY 11210 | | 2,000 | Membership Interest Units |
| Kim Ephrat and Zeev Ephrat<br>Rechov Ha Mazyan #1<br>Efrat 90435<br>ISRAEL | | 2,643 | Membership Interest Units |
| Kleinman Family Foundation<br>171 Kings Hwy<br>Brooklyn, NY 11223 | | 11,328 | Membership Interest Units |
| Larry Grossbard<br>22 Oak Lane<br>Wayne, NJ 07470 | | 3,285 | Membership Interest Units |
| Meyer Halberstam<br>141-12 73rd Ave<br>Flushing, NY 11367 | | 2,643 | Membership Interest Units |
| Micah Raskin<br>2 Coachmans Ct<br>Old Westbury, NY 11568 | | 13,214 | Membership Interest Units |
| Michael Kaplinsky<br>4064 Chevy Chase Dr.<br>La Canada Flintridge, CA 91011 | | 240,000 | Membership Interest Units |
| Mitchell Geizhals<br>500 West End Ave<br>New York, NY 10024 | | 3,797 | Membership Interest Units |

In re:  **Arecont Vision Holdings, LLC**

Debtor(s)

Case No. _____

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Paul Fruchthandler<br>111 Broadway<br>20th Flr<br>New York, NY 10006 | | 2,643 | Membership Interest Units |
| Phil Rosenberg<br>906 Midway<br>Woodmere, NY 11598 | | 7,928 | Membership Interest Units |
| Richard Grossbard<br>22 Oak Lane<br>Wayne, NJ 07470 | | 3,286 | Membership Interest Units |
| Robert P. Rothenberg<br>c/o Beachwold Residential LLC<br>192 Lexington Ave<br>New York, NY 10016 | | 3,039 | Membership Interest Units |
| Robyn Kessler<br>5601 N. Hacienda Del Sol<br>Tucson, AZ 85718 | | 10,571 | Membership Interest Units |
| Sabrina Elizabeth Kemeny<br>4126 Parra Ave<br>Los Angeles, CA 90027 | | 15,143 | Membership Interest Units |
| Samuel and Lisa Wasserman<br>87 Amsterdam Ave<br>Passaic, NJ 07055 | | 20,641 | Membership Interest Units |
| Sandra Ostreicher<br>544 Woodmere Blvd<br>Woodmere, NY 11598 | | 10,571 | Membership Interest Units |
| Shanala Jap Investment Services LP<br>5995 E. Grant Rd.<br>Ste 200<br>Tucson, AZ 85712 | | 15,857 | Membership Interest Units |
| Silkfield Trust/Garry Seidenfeld<br>27 Rechov Hageffen<br>Efrat 90435<br>ISRAEL | | 2,643 | Membership Interest Units |
| SOJ Management Services Inc 401K<br>c/o Herbert R. Jalowsky TR<br>4707 Executive Drive<br>San Diego, CA 92121-3091 | | 4,531 | Membership Interest Units |

List of equity security holders consists of 4 total page(s)

In re:  **Arecont Vision Holdings, LLC** _____     Case No. _____
                                                Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Thomas Raskin**<br>**2 Bay Club Drive**<br>**Bayside, NY 11360** | | **13,214** | **Membership Interest Units** |
| **Tom Malone Productions Inc.**<br>**1 Fords Rd**<br>**Randolph, NJ 07869** | | **5,266** | **Membership Interest Units** |
| **Vladimir Berezin**<br>**3821 Los Olivos Ln.**<br>**La Crescenta, CA 91214** | | **120,000** | **Membership Interest Units** |
| **Vladimir Berezin Ireevocable Trust**<br>**3821 Los Olivos Lane**<br>**La Crescenta, CA 91214** | | **20,000** | **Membership Interest Units** |
| **Weldon Turner**<br>**10 Smuts St**<br>**Jerusalem 93108**<br>**ISRAEL** | | **2,643** | **Membership Interest Units** |
| **Yelena Berezin Irrevocable Trust**<br>**3821 Los Olivos Lane**<br>**La Crescenta, CA 91214** | | **20,000** | **Membership Interest Units** |

# United States Bankruptcy Court
### District of Delaware

In re   **Arecont Vision Holdings, LLC** _____   Case No. _____

                                          Debtor(s)               Chapter   **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned authorized officer of the above-captioned Debtor, certifies that the following are individuals, other than the debtor or a governmental unit, who directly or indirectly own 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1.

☐ None [*Check if applicable*]

**Michael Kaplinsky**
**4064 Chevy Chase Dr.**
**La Canada Flintridge, CA 91011**

**Vladimir Berezin**
**3821 Los Olivos Ln.**
**La Crescenta, CA 91214**

# United States Bankruptcy Court
### District of Delaware

In re    Arecont Vision Holdings, LLC _____    Case No. _____

                                       Debtor(s)    Chapter    11 _____

## CERTIFICATION OF CREDITOR MATRIX

      Pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, the above-captioned debtor and its affiliated debtors in possession (collectively, the "Debtors")[1] hereby certify that the *Creditor Matrix* submitted herewith contains the names and addresses of the Debtors' creditors. To the best of the Debtors' knowledge, the *Creditor Matrix* is complete, correct, and consistent with the Debtors' books and records.

      The information contained herein is based upon a review of the Debtors' books and records as of the petition date. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Creditor Matrix* have been completed. Therefore, the listing does not, and should not, be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims, and/or (3) a waiver of any other right or legal position of the Debtors.

[1]The Debtors and the last four digits of their U.S. tax identification number are Arecont Vision Holdings, LLC (9187), Arecont Vision, LLC (1410), and Arecont Vision IC DISC. (5376). The Debtors' noticing address in these chapter 11 cases is 425 Colorado Street, Suite 700, Glendale, CA 91205.

Fill in this information to identify the case:

Debtor name    **Arecont Vision Holdings, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets—Real and Personal Property (Official Form 206A/B)*
☐    *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
☐    *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
☐    *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
☐    *Schedule H: Codebtors (Official Form 206H)*
☐    *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
☐    *Amended Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
■    Other document that requires a declaration    Corporate Ownership Statement, List of Equity Security Holders and Certification of Creditor Matrix

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 14, 2018            X _____
                                        Signature of individual signing on behalf of debtor

                                        **T. Scott Avila**
                                        Printed name

                                        **Chief Restructuring Officer**
                                        Position or relationship to debtor