## EXHIBIT A

| Bank | Account # | Entity Level |
|---|---|---|
| Citibank | xxx-xx3-386 | Arecont Vision Holdings LLC |
| | xxx-xx3-394 | Arecont Vision Holdings LLC |
| | xxx-xx2-803 | Arecont Vision Holdings LLC |
| | xxx-xx9-497 | Arecont Vision IC-Disc |
| | xxx-xx3-529 | Arecont Vision LLC |
| | xxx-xx7-468 | Arecont Vision LLC |
| Citibank | xxx-xx1-550 | Arecont Vision LLC |
| | xxxx2206 | Arecont Vision LLC |

| Bank | Account # | Entity Level |
|---|---|---|
| HSBC | xxx-xx1742-001 | Representative Office of Arecont Vision Shanghai |
| | xxx-xx2-331 | Arecont Vision LLC |
| | xxx-xx9-891 | Arecont Vision LLC |
| US Bank | xxxxxxxx1370 | Arecont Vision LLC |
| East West Bank | xxxxxx7386 | Arecont Vision LLC |