# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ARECONT VISION HOLDINGS, LLC, et al.,[1] | Case No. 18-11142 (CSS) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Scott M. Ewing, am employed in the county of Los Angeles, State of California. I hereby certify that on June 13, 2018, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Notice of Auction and Sale Hearing for Debtors' Assets[2]**

Dated: June 13, 2018

Scott M. Ewing
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California     }
{                        } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 13th day of _____June_____, 20 18, by Scott M. Ewing proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Carolyn X Coasleman_
Notary Public

CAROLYN K. CASHMAN
COMM. #2232009
Notary Public - California
Los Angeles County
My Comm. Expires Feb. 23, 2022

---

[1] The Debtors and the last four digits of their U.S. tax identification number are Arecont Vision Holdings, LLC (9187), Arecont Vision, LLC (1410), and Arecont Vision IC DISC (5376). The Debtors' noticing address in these chapter 11 cases is 425 Colorado Street, Suite 700, Glendale, CA 91205

[2] A copy of the Notice is attached hereto as **Exhibit B**.

# **EXHIBIT A**

Arecont Vision Holdings, LLC, et al. - U.S. Mail

1105 MEDIA INC
P.O. BOX 894085
LOS ANGELES, CA 90189

ACCU-SEMBLY
1835 HUNTINGTON DR.
DUARTE, CA 91010

ACF COMPONENTS
742 ARROW GRAND CIRCLE
COVINA, CA 91722

ACT-1 PERSONNEL SERVICES
P.O. BOX 29048
GLENDALE, CA 91209-9048

ACTS93 INC
28202 CABOT ROAD, SUITE #300
LAGUNA NIGUEL, CA 92677

AEI INC
1907 NANCITA CIRCLE
PLACENTIA, CA 92870

AEROTEK INC
3689 COLLECTION CTR. DR.
CHICAGO, IL 60693

ALEX ZANGA
EINTRACHT STR. 50
WUPPERTAL, 42275
GERMANY

ALEXANDER KRUL
24648 STONEGATE DRIVE
WEST HILLS, CA 91304

ALINDOGAN, ELEAZAR
5741 MERIDIAN STREET
LOS ANGELES, CA 90042

ALSO SECURITY, INC.
4050 N. PALM STREET
FULLERTON, CA 92835-1034

AMAG TECHNOLOGY, INC.
20701 MANHATTAN PLACE
TORRANCE, CA 90501-1829

AMAZON WEB SERVICES
410 TERRY AVE., N
SEATTLE , WA 98109

AMERICAN GENERAL LIFE INSURANCE COMPANY
C/O AIG ASSET MANAGEMENT
80 PINE STREET, 3RD FLOOR
NEW YORK, NY 10005

AMERICAN HOME ASSURANCE
C/O AIG ASSET MANAGEMENT
80 PINE STREET, 3RD FLOOR
NEW YORK, NY 10005

ANNA GALVAN
4059 ROSEMONT AVE
MONTROSE, CA 91020

ANSURYAN, ESTER
1833 LOS ENCINOS AVE
GLENDALE, CA 91208

ANTHEM BLUE CROSS
P.O. BOX 511300
LOS ANGELES, CA 90051-7855

ARCHERS LOCK & SECURITY
29397 AGOURA ROAD, SUITE 110
AGOURA HILLS, CA 91301

ARESHINA, IRINA
3821 LOS OLIVAS LANE
LA CRESCENTA, CA 91214

ARGUELLO, FELIPE
4511 NW 102ND COURT
DORAL, FL 33178

ARROW ELECTRONICS
P.O. BOX 79329
CITY OF INDUSTRY, CA 91716-9329

ASHLEY ROIDE BECERRA
2844 MONTROSE AVE #203
LA CRESCENTA, CA 91214

ASIX
4F NO 8 HSIN ANN ROAD
HSIN CHU,
TAIWAN R.O.C

AUTOMATION ELECTRONICS
DIVISION OF RJA INDUSTRIES
CHATSWORTH, CA 91311-4184
TAIWAN

AVALOS, WILLIAM
10349 ARMINTA STREET
SUN VALLEY, CA 91352

AVNET ELECTRONICS MARKETING
BOX 100340
PASADENA, CA 91189-0340

BADGER REPS (RGSB INC.)
5142 DUNBAR DRIVE
UNIT A1
HUNTINGTON BEACH, CA 92649

BAILEY STRATEGIC HUMAN RESOURCES
382 N. LEMON AVE. #259
WALNUT, CA 91789

BARRY, BENJAMIN
16124 BIRCH STREET
STILWELL, KS 66085

BEAS, ELIZABETH
3226 EAST 2ND STREET
LOS ANGELES, CA 90063

BECERRA, JESUS
5818 6TH AVE
LOS ANGELES, CA 90043

BIRCH COMMUNICATIONS INC
P.O. BOX 105066
ATLANTA, GA 30348-5066

Arecont Vision Holdings, LLC, et al. - U.S. Mail

BMC GROUP VDR LLC
P.O. BOX 748225
LOS ANGELES, CA 90074-8225

BNP MEDIA
P.O. BOX 2600
TROY, MI 48007-2600

BOON JAT YONG
138 SAN MIGUEL DR.
ARCADIA, CA 91007

BORA, DHANASHREE
22058 WINDHAM WAY
SANTA CLARITA, CA 91350

BRADLEY DONALDSON
22533 BREAKWATER WAY
SANTA CLARITA, CA 91350

BRAHMS, THEODORE
4451 ROCKLAND PLACE
LA CANADA, CA 91011

BRIGHTCOVE INC
P.O. BOX 83318
WOBURN, MA 01813-3318

BRUNK, CHRISTIAN
5820 HARMION WAY
LOS ANGELES, CA 90042

BSREP SOUTHERN CALIFORNIA OFFICE LA LLC
P.O. BOX 101287
PASADENA, CA 91189-1287

BUJARSKI, JOHN
2900 CREEKSIDE POINT
MARIETTA, GA 30066

CALDERON, RAUL
26340 PEACOCK PLACE
STEVENSON RANCH, CA 91381

CARL PETERSEN
18248 LAHEY STREET
PORTER RANCH, CA 91326

CENTRAL SEMICONDUCTOR
145 ADAMS AVENUE
HAUPPAUGE, NY 11788

CHAN, CHUEK
628 N. ATLANTIC BLVD, UNIT C
ALHAMBRA, CA 91801

CHAVEZ, CARLOS
5200 STRATFORD ROAD
LOS ANGELES, CA 90042

CHENG, CHRISTINE
1200 ELM AVE, UNIT K
SAN GABRIEL, CA 91775

CHRIS LEE
63 WING HONG ST., SUITE 3007
CHEUNG SHA WAN
HONG KONG

CHUBB
P.O. BOX 382001
PITTSBURGH, PA 15250-8001

CITIBANK
P.O. BOX 6243
SIOUX FALLS, SD 57117-6243

CITIBUSINESS CARD (MARKETING)
P.O. BOX 78045
PHOENIX, AZ 85062-8045

COILCRAFT
P.O. BOX 92170
ELK GROVE VILLAGE, IL 60009-2170

COLLIER, GREGORY
321 WINDMILL CANYON PLACE
CLAYTON, CA 94517

CONTEGIX
3004 IRVING BLVD
DALLAS, TX 75267-1710

CONTEGIX
P.O. BOX 67710
DALLAS, TX 75267-1710

COUNTY OF LOS ANGELES
500 W. TEMPLE ST. ROOM 358
LOS ANGELES, CA 90012

CPRO ELECTRONICS
2F, 145-2, SANGDAEWON
JUNGWON SEONGNAM
GYEONGGI, 462-807
KOREA

C-PRO ELECTRONICS CO LTD.
2F, 145-2, SANGDAEWON JUNGWON SEONGNAM
GYEONGGI 462-807
KOREA

CS INNOTRONICS
P.O. BOX 4902
THOUSANDS OAKS, CA 91359

DANELYAN, PAVEL
6613 GREENBUSH AVE
VAN NUYS, CA 91401

DAVE NALEZNY
2133 N UPLAND CRST
COLUMBIA HEIGHTS, MN 55421

DERAVANESSIAN, EDMOND
915 CALLE CANTA
GLENDALE, CA 91208

DIEP, XUONG
11114 CENTRAL AVE.
SOUTH EL MONTE, CA 91733

DIGI-KEY
P.O. BOX 250
THIEF RIVER FALLS, MN 56701-0250

Arecont Vision Holdings, LLC, et al. - U.S. Mail

DONALDSON, BRADLEY
22533 BREAKWATER WAY
SANTA CLARITA, CA 91350

DOUANGPANYA, AMANDA
1672 N WESTERN AVE
LOS ANGELES, CA 90027

EDA DIRECT INC
4701 PATRICK HENRY DRIVE, #13
SANTA CLARA, CA 95054

EDMOND DERAVANESSIAN
915 CALLE CANTA
GLENDALE, CA 91208

EFAX SERVICES
6922 HOLLYWOOD BLVD., 5TH FL
LOS ANGELES, CA 90028

EH PUBLISHING INC
P.O. BOX 989
FRAMINGHAM, MA 01701-2000

EMIN YAVUZ BAKIOGLU
40286 ROSEWELL COURT
TEMECULA, CA 92591

EMIN YAVUZ BAKIOGLU
40286 ROSEWELL COURT
TEMUCULA, CA 92591

ERIK FAUST
336 W CALIFORNIA AVE
GLENDALE, CA 91203

EVAN BOYD
BERLINER ALLEE 42
DUSSELDORF, D-40212
GERMANY

EXPRESS LOGIC INC
11423 WEST BERNARDO COURT
SAN DIEGO, CA 92127

FAGUNDES, MITCHELL
7754 E MESA AVE
CLOVIS, CA 93619

FANOUS, PHILLIP
1610 S. MAYFLOWER AVE, APT E
MONROVIA, CA 91016

FAUST, ERIK
336 W CALIFORNIA AVE
GLENDALE, CA 91203

FEDEX
P.O. BOX 7221
PASADENA, CA 91109

FIRST CHOICE
18840 PARTHENIA STREET
NORTHRIDGE, CA 91324

FOSTER, DANIEL
638 W. GOLDEN AVE
LOS ANGELES, CA 90044

FREENY, LAURA
548 PRESTWICK LANE
WHEELING, IL 60090

FUJIAN FORECAM OPTICS CO., LTD
NO 158, JIANGBIN ROAD MAWEI
FUZHOU FUJIAN, 350015
CHINA

FUTURE ELECTRONICS CORP
3255 PAYSPHERE CIRCLE
CHICAGO, IL 60674

GAFURJANOV, SHUKHRAT
1724 N. HIGHLAND AVE
LOS ANGELES, CA 90028

GALLEGO, ESTEBAN
6550 YUCCA STREET
LOS ANGELES, CA 90028

GALVAN, ANNA
4059 ROSEMONT AVE
MONTROSE, CA 91020

GENESIS AGENCY INCORPORATED
546 OAK STREET, WINNIPEG,
MANITOBA, R3M 3R6
CANADA

GHADIMIE, ARNOVIGEN
326 IRVING AVE
GLENDALE, CA 91201

GONZALEZ, MIGUEL
2814 S. WESTERN AVE
LOS ANGELES, CA 90018

GONZALEZ, ORLANDO
2814 S. WESTERN AVE
LOS ANGELES, CA 90018

GRAPHIC FINISHES
7766 SAN FERNANDO RD
SUN VALLEY, CA 91352

GREENBASE TECHNOLOGY CORP
13F,NO. 922, CHUNG-CHENG RD.
CHUNG-HO DIS
NEW TAIPEI CITY, TWN 235
CHINA

GUNAWAN, ERIC
1064 CANYON SPRING LN
DIAMOND BAR, CA 91765

H.Q.O.
A201-3-4 SUNGWOO VENTUREVILLE
11, HANBAT
GYEONGGI-DO 16073
SOUTH KOREA

HALO ELECTRONICS
2880 LAKESIDE DRIVE SUITE #116
SANTA CLARA, CA 95054

HANIUK, JASON
1966 NEWPORT AVE
PASADENA, CA 91103

HANNVIJID, MOK
3718 FORECASTLE
WEST COVINA, CA 91792

HARLOW TECHNOLOGIES INC
1443 E. WASHINGTON BLVD. #636
PASADENA, CA 91104

HARRAH LOGISTICS GROUP INC
P.O. BOX 3845
SANTA FE SPRINGS, CA 90670-3845

HENRIK ANDERSSON (SA CONSULTING AB)
REGEMENTSGATAN 74
SW-21751
SWEDEN

HIKAM VISION
504 ADARAH EMPLOYEE CGHS
PLOT 67, SECTOR 55
GURGAON
INDIA

HOLTHOUSE CARLIN VAN TRIGT LLP
350 W COLORADO BLVD, FLOOR 5
PASADENA, CA 91105

HUYNH, JAMES
3404 NEVADA AVE
EL MONTE, CA 91731

ICAPE GROUP
19F/20F, PARKWAY CENTER
NO121, DONG MEN ZHO
DONGGUAN,
CHINA

ID LABEL INC
425 PARK AVE
LAKE VILLA, IL 60046

ISOLVED HCM
DEPT. LA 23650
PASADENA, CA 91185

JACK, LIM
JURONG WEST BLK 965
SINGAPORE, S640965
SINGAPORE

JEFFREY WHITNEY
2828 BUTTER CREEK DRIVE
PASADENA, CA 91107

JENKINS, SANDEE
230 LINCOLN AVE
POMONA, CA 91767

JINN FENG ELECTRONIC TECH
PARKWAY FINANCE CENTER, DONG-MEN MIDDLE R
DONG GUAN,  523850
CHINA

JOHAN CRAUSE
PRIVATE BAG X153, POSTNET
SUITE 1214 BRYANSTON
JOHANNESBURG
SOUTH AFRICA

JOHN BUJARSKI
2900 CREEKSIDE POINT
MARIETTA, GA 30066

JOHN HANCOCK LIFE INSURANCE CO.
P.O. BOX 894109
LOS ANGELES, CA 90189-4109

JONES & MALHOTRA, CPA
825 COLORADO BLVD., SUITE 219
LOS ANGELES, CA 90041

KATTENMUCHINROSENMAN LLP
2029 CENTURY PARK EAST
LOS ANGELES, CA 90067-3012

KAVYANI, ALIZERA
300 N. CENTRAL AVE
GLENDALE, CA 91203

KEL CORPORATION, INC.
6-17-7 NAGAYAMA
TOKYO, 206-0025
JAPAN

KENNEDY, RICHARD
889 E.BAYLOR LANE
CHANDLER, AZ 85225

KHANUNGHET, KUAKUL
13120 TONOPAH STREET
ARLETA, CA 91331

KHOCHOU, ANIK
1169 ROSEDALE AVE
GLENDALE, CA 91201

KIREEV, EGOR
254 STAR PINE CT
AZUSA, CA 91702

KRUL, ALEXANDER
24648 STONEGATE DRIVE
WEST HILLS, CA 91304

KYLE PARKER
1424 ORCHARD LANE
NORTHBROOK, IL 60062

LANDSBERG
P.O. BOX 101144
PASADENA, CA 91189-1144

LAO, ANTHONY
1408 N. CITRUS AVE, APT 60
COVINA, CA 91722

LAVALLEY, ERIC
36315 FIERZ STREET
CLINTON TOWNSHIP, MI 48035

LAW OFFICE OF VICTORIA J.SUH
EQUITABLE BUILDING, SUITE #2460
LOS ANGELES, CA 90010

LAW OFFICES OF KEVIN J. KEENAN
523 W. 6TH ST., SUITE #1223
LOS ANGELES, CA 90014

LEADING HOLDINGS INC
1420 CLAREMONT BLVD, SUITE #200-D
CLAREMONT, CA 91711

LEE, GENE
17144 E. INYO STREET
LA PUENTE, CA 91744

LEGE VIETNAM CO., LTD
LOT G11, QUE VO INDUSTRIAL PARK
VAN DUON
BAC NINH, BC
CANADA

LENEL AUTC FIRE & SECURITY
P.O. BOX 223229
PITTSBURGH, PA 15251

LEON, AMARO
7025 GREELEY STREET
TUJUNGA, CA 91042

LESS EMF
776B WATERVLIET SHAKER RD
LATHAM, NY 12110

LEWIS ROCA ROTHGERBER CHRISTIE
P.O. BOX 29001
GLENDALE, CA 91209-9001

LIAO, JEFFERSON
221 SAINT FRANCIS ST
SAN GABRIEL, CA 91776

LIM KEH CHAI (JACK, LIM)
JURONG WEST BLK 965
SINGAPORE, S640965
SINGAPORE

LINODE.COM
249 ARCH ST.
PHILADELPHIA , PA 19106

LOGMEIN USA, INC.
P.O. BOX 50264
LOS ANGELES, CA 90074-0264

LUC, WILSON
9091 ARGO PLACE
ROSEMEAD, CA 91770

LUCZYWEK, MARIUSZ
305 LONGBRANCH ROAD
SIMMY VALLEY, CA 93065

LUONG, BINH D
4691 N. EDENFIELD AVE
COVINA, CA 91722

LUONG, CHANH
4691 N. EDENFIELD AVE
COVINA, CA 91722

LY, HUNG
6166 ENCINITA AVE
TEMPLE CITY, CA 91780

MCCOY, MATTHEW
3636 SAUNDERSVILLE FERRY ROAD
MOUNT JULIET, TN 37122

MCGLASSON, STEPHEN
717 WILLOW GLEN
ESCONDIDO, CA 92025

MCMASTER INC
P.O. BOX 7690
CHICAGO, IL 60680-7690

MITCHELL FAGUNDES
7754 E MESA AVE
CLOVIS, CA 93619

MODOTECH INC
1465 MILLER DRIVE
COLTON, CA 92324

MORO, ANTHONY
10815 MORRISON STREET, APT 3
NORTH HOLLYWOOD, CA 91601

MOUSER ELECTRONICS
P.O. BOX 99319
FORT WORTH, TX 76199-0319

MUSKO, DAVID
2545 ALAMANCE CHURCH ROAD
GREENSBORO, NC 27406

NERSESSIAN, ARMOND
1030 WINCHESTER AVE
GLENDALE, CA 91201

NETPOSA
2755 GREAT AMERICA WAY SUITE #135
SANTA CLARA, CA 95054

NEWEGG BUSINESS, INC.
17560 ROWLAND ST.
CITY OF INDUSTRY, CA 91748

NEXCOM MECHANICAL DESIGN AND TOOLING (CO
9F NO 920, CHUNG-CHENG RD
ZHONGHE DIST.
NEW TAIPEI CITY, 23586
TWAIAN

NIJTHAWORN, VATSANA
3743 VINELAND AVE
BALDWIN PARK, CA 91706

NOTTING HILL MEDIA
PARK HOUSE 206-208 LATIMER ROAD
LONDON, W10 6QY
UK

NOTTING HILL MEDIA LIMITED
KINJAL SHAH
PARK HOUSE 206-208 LATIMER ROAD
LONDON,W10 6QY
UNITED KINGDOM

NOTTING HILL MEDIA LIMITED
PARK HOUSE 206-208 LATIMER ROAD
LONDON,W10 6QY
UNITED KINGDOM

OCOM SALES INC.
7266 WARBLERS WAY
ROSCOE, IL 61073

ON SEMICONDUCTOR IND. LLC
P.O. BOX 95298
CHICAGO, IL 60694-5298

Arecont Vision Holdings, LLC, et al. - U.S. Mail                                            Served 6/13/2018

ONVIF INC
2400 CAMINO RAMON
SAN RAMON, CA 94583

OPEN EYE OEM
23221 E.KNOX AVENUE
LIBERTY LAKE, WA 99019

PALADIN SALES GROUP
761 COATES AVENUE, SUITE 16
HOLBROOK, NY 11741

PARKER, KYLE
1424 ORCHARD LANE
NORTHBROOK, IL 60062

PAUL TAGGER
3, THE HLL DRIVE
LUTTERWORTH, LE17 4BJ
CANADA

PAWBAN
KEAT HONG CLOSE 805B #15-58
SINGAPORE , 682805
SINGAPORE

PCO INCORPORATED
23221 E.KNOX AVENUE
LIBERTY LAKE, WA 99019

PETERSEN, CARL
18248 LAHEY STREET
PORTER RANCH, CA 91326

PHOMMASAYSY, CHANTHALA
16302 FAIRGROVE AVE
LA PUENTE, CA 91744

PONCE, GINA
6239 N. TRAYMORE AVE
AZUSA, CA 91702

POPESCU, SILVIU
326 PASADENA AVE
SOUTH PASADENA, CA 91030

PRINTEFEX INC
401 W LOS FELIZ, SUITE C
GLENDALE, CA 91204

PUBLIC STORAGE GLENDALE
701 WESTERN AVENUE
GLENDALE, CA 91201

RAUL CALDERON
26340 PEACOCK PLACE
STEVENSON RANCH, CA 91381

RAY OPTICS INC.
NO. 5, WEN HWA ROAD, HSINCHU INDUSTRIAL PAF
HSINCHU, TAIWAN
R.O.C

RAYS OPTICS INC.
CLAUDE HSU
NO. 5, WEN HWA ROAD, HSINCHU INDUSTRIAL PARK
HSINCHU, TAIWAN
R.O.C

RAYS OPTICS, INC.
NO. 7 HSIN ANN RD.
HSINCHU SCIENCE PARK
HSINCHU, 30076
TAIWAN

RELX INC REED EXHIBITIONS
P.O. BOX 9599
NEW YORK, NY 10087-4599

ROBERTS, STEVEN
2448 CEDARWOOD CIR
SIMI VALLEY, CA 93063

ROCHESTER ELECTRONICS
16 MALCOM HOYT
NEWBURYPORTY, MA 01950

ROMERO, RICHARD
8256 SIERRA BONITA ST.
ROSEMEAD, CA 91770

ROQUE, RODRIGO
10949 BABBITT AVE
GRANADA HILLS, CA 91344

SAE ELECTRONIC CO. LTD
ROOM 912, YU HE BUILDING
QIAOXIAN ROAD
FUTIAN DISTRICT, SHENZHEN
CHINA

SAGER ELECTRONICS
P.O. BOX 846754
LOS ANGELES, CA 90084-6754

SALAS, NIDIA
1775 GLEN AVE
PASADENA, CA 91103

SANDEE JENKINS
230 LINCOLN AVE
POMONA, CA 91767

SANJIT BARDHAN
P.O. BOX 76796
DUBAI
UAE

SANJIT BARDHAN
VILLA NO18, MUNICIPALITY NO.70A
GREEN COAST VILLAGE NAD AL HAMAR RASHIDIYA
DUBAI
UAE

SAYVONGSA, BOUNTHANOME
10918 1/2 BLIX STREET
NORTH HOLLYWOOD, CA 91602

SEALED AIR
26077 NETWORK PLACE
CHICAGO, IL 60673-1260

SECURITY MARKETING CONSULTANTS
4651 S. CUSTER RD., #4203
MCKINNEY, TX 75070

SECURITY SYSTEMS NEWS
P.O. BOX 998
YARMOUTH, ME 04096-1998

SEEHATECHO, CHATCHAI
325 W. CENTRAL AVE
MONROVIA, CA 91016

Arecont Vision Holdings, LLC, et al. - U.S. Mail

SHANGHAI GUANGSHEN ELECTRONIC CO. LTD.
6F, COLOR LIFE BUILDING
NO.24 LIUXIAN AV
SHENZHEN GUANGDONG PROV
CHINA

SHEETMETAL ENGINEERING
1780 N. VOYAGER AVE
SIMI VALLEY, CA 93063

SHURCON MANUFACTURING CO., LTD.
505# JIASHAN YAOZHUANG JINXIU ROAD
JIAXING, ZHEJIANG 314117
CHINA

SHURCON MANUFACTURING COMPANY
505# JIASHAN YAOZHUANG JINXIU ROAD
JIAXING, ZHEJIANG 314117
CHINA

SILVIU POPESCU
326 PASADENA AVE
SOUTH PASADENA, CA 91030

SIN, KIMBERLY
7921 WHITMORE STREET
ROSEMEAD, CA 91770

SINBON ELECTRONICS CO., LTD.
6925 216TH STREET SW
LYNNWOOD, WA 98036

SOUTHCOMM BUSINESS MEDIA
P.O. BOX 306133
NASHVILLE, TN 37230-6133

SPS COMMERCE
333 S 7TH STREET, #1000
MINNEAPOLIS , MN 55402

STAPLES CREDIT PLAN
P.O. BOX 78004
DEPT.51- 7861055126
PHOENIX, AZ 85062-8004

STEPANIAN, ESTER
409 S. GLENWOOD PL
BURBANK, CA 91506

STEVEN ROBERTS
2448 CEDARWOOD CIR
SIMI VALLEY, CA 93063

STIMSON, TERRY
138 ROCKSPRAY RIDGE
PEACHTREE CITY, GA 30269

SYLVESTER, NINA
12533 LEWIS AVENUE
CHINO, CA 91710

TANG, DIEN
12700 BESS AVE
BALDWIN PARK, CA 91706

TASC
P.O. BOX 88278
MILWAUKEE, WI 53288-0001

TECHITAL INC.
425 E. COLORADO ST., SUITE 550
GLENDALE, CA 91205

TECTEAM UG
ERKELENZER STR. 4
HUEKELHOVEN, 41836
GERMANY

TER-STEPANYAN, TINA
428 S. GLENWOOD PLACE
BURBANK, CA 91506

THE VARIABLE ANNUITY LIFE INSURANCE CO.
C/O AIG ASSET MANAGEMENT
80 PINE STREET, 3RD FLOOR
NEW YORK, NY 10005

TOPVIEW OPTRONICS CORP. TECHNOLOGIES INC.
8WU-CHUNG ROAD
WU-KU INDUSTRIAL PARK, HSAING
TAIPEI HSIEN, 24886
TWAIAN

TRAN, TUAN
2221 CYPRESS AVE
ONTARIO, CA 91762

TRAVELERS
P.O. BOX 660317
DALLAS, TX 75266-0317

TRIBORG SOLUTIONS
VLLAMARI 86-88, 08015
BARCELONA
SPAIN

TRINH, HENRY
383 MERCED PLACE
WEST COVINA, CA 91790

TTI
P.O. DRAWER 99111
FORT WORTH, TX 76199-0111

TYCO INTEGRATED SECURITY
6600 CONGRESS AVENUE
BOCA RATON, FL 33487

ULINE INC
P.O. BOX 88741
CHICAGO, IL 60680-1741

UNITED GUARANTY RESIDENTIAL
C/O AIG ASSET MANAGEMENT
80 PINE STREET, 3RD FLOOR
NEW YORK, NY 10005

UNITED STATES  LIFE INSURANCE COMPANY
IN THE CITY OF NEW YORK
C/O AIG ASSET MANAGEMENT
80 PINE STREET, 3RD FLOOR
NEW YORK, NY 10005

UPS
P.O. BOX 894820
LOS ANGELES, CA 90189

VELAYO, ERNIE
1227 N. HARPER AVE
WEST HOLLYWOOD, CA 90046

VINEET PANWAR
P.O. BOX 76796
DUBAI
UAE

Arecont Vision Holdings, LLC, et al. - U.S. Mail

Served 6/13/2018

VISHESH WARIKOO
605 PUNIT TOWER 2
NAVI MUMBAI MAHARASHTRA
INDIA

VITALY TELISHEVSKY
11284 DEMARET DRIVE
BEAUMONT, CA 92223

VITOVITZ, RANDOLPH
13510 N CREEK DRIVE
MILL CREEK, WA 98012

VOLT FUNDING CORPORATION
P.O. BOX 679307
DALLAS, TX 75267-9307

VPATA (VACHIRAPUN PATARAMONGKOLRIT)
22 MOO 5 RACHAPHRUEK RD
BANGPHROM, TALINGCHAN
BANGKOK, 10170
THAILAND

VUONG, BAO
137 HOVY AVE
SAN GABRIEL, CA 91776

WALDEMAR GOLLAN
KARL-RAHNER-STRASSE 10
BOTTROP, 46244
GERMANY

WALDEMAR GOLLAN
KARL-RAHNER-STRASSE 10, 46244 BOTTROP
BOTTROP
GERMANY

WANG, LING
9096 ARGO PLACE
ROSEMEAD, CA 91770

WANJIAAN INTERCONNECTED INDUSTRIAL
BLOCK 3, JINRUIZHONGHE HIGH-TECH IND ZONE
SHENZHEN,  518040
CHINA

WHITE III, JOHN
602 W. GAGE AVE
LOS ANGELES, CA 90044

WHITNEY, JEFFREY
2828 BUTTER CREEK DRIVE
PASADENA, CA 91107

WILEY-VCH VERLAG GMBH & CO
BOSCHSTRASSE 12
WEINHEIM, 69469
GERMANY

WU, CHUANGMING
441 BURCHETT STREET
GLENDALE, CA 91203

YU, MING CHE
914 E WILSON AVE, APT# 5
GLENDALE, CA 91206

ZERRIES, MORGAN
3205 LOS FELIZ BLVD
LOS ANGELES, CA 90039

ZHEJIANG UNIVIEW TECH
BUILDING 10 JIANGLING RD.
BINJIANG, HANGZHOU, ZHEJIANG,
CHINA

ZHU, ZHUOHUA
13242 SEQUOIA CT
CHINO, CA 91710

Parties Served: 249

# **EXHIBIT B**

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ARECONT VISION HOLDINGS, LLC, *et al.*,[1] | ) | Case No. 18-11142 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Deadline for Submitting Bids: June 29, 2018 at 4:00 p.m. (Eastern time)**
**Deadline for Objections to Sale: July 3, 2018 at 4:00 p.m. (Eastern time)**
**Auction Date: July 9, 2018 at 10:00 a.m. (Eastern time)**
**Sale Hearing Date: July 10, 2018 at 2:00 p.m. (Eastern time)**

## NOTICE OF AUCTION AND SALE HEARING FOR DEBTORS' ASSETS

**PLEASE TAKE NOTICE** that on May 18, 2018, the above-captioned debtor

and debtor-in-possession (the "Debtor") filed the *Motion for Entry of an Order (I)(A)*

*Authorizing Entry into the Asset Purchase Agreement with Respect to the Sale of Substantially*

*all of the Debtors' Assets; (B) Approving Bid Procedures for the Sale of Substantially All of the*

*Assets of Debtors; (C) Scheduling an Auction and Hearing to Consider the Sale and Approve the*

*Form and Manner of Notice Related Thereto; (D) Establishing Procedures Relating to the*

*Assumption and Assignment of Certain Contracts and Leases, Including Notice of Proposed*

*Cure Amounts; (E) Approving Certain Breakup Fee and Expense Reimbursement Provisions;*

*(II) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear of All Liens,*

*Claims and Encumbrances, Claims, Encumbrances and Interests and (B) the Assumption and*

*Assignment of Certain Contracts and Leases; and (III) Granting Related Relief* (Docket No. 62)

---

[1] The Debtors and the last four digits of their U.S. tax identification number are Arecont Vision Holdings, LLC (9187), Arecont Vision, LLC (1410), and Arecont Vision IC DISC (5376). The Debtors' noticing address in these chapter 11 cases is 425 Colorado Street, Suite 700, Glendale, CA 91205.

(the "Motion").[2]  On June 7, 2018, the Court entered an order (the "Bid Procedures Order")

granting the Motion in part and approving certain bid procedures (the "Bid Procedures") to be

used in connection with the auction (the "Auction") of the Debtor's assets described in the

Motion (the "Assets").  Pursuant to the Motion, the Debtors seek, *inter alia*, the Bankruptcy

Court's approval of the sale of substantially all of its assets (the "Assets") to Arecont

Technologies LLC, an affiliate of Turnspire Capital Partners, LLC (the "Stalking Horse

Purchaser"), or to the other successful purchaser(s) of the Assets at an auction (the "Auction"),

free and clear of liens, claims, encumbrances and other interests.  The Bid Procedures shall

govern the bidding process and the Auction of the Assets.  Any person that wishes to receive a

copy of the Bid Procedures or the Bid Procedures Order shall make such request in writing to

Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705,

Wilmington, Delaware 19899-8705 (Courier 19801), Attn:  Ira D. Kharasch, Esq. and James E.

O'Neill, Esq.

### The Sale Hearing

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled

a hearing for **July 10, 2018 at 2:00 p.m. (Eastern Time)** (the "Sale Hearing") to consider

approval of the winning bid(s) and confirm the results at the Auction for the Assets, pursuant to

the Motion.  The Sale Hearing may, however, be adjourned in open court from time to time,

without further notice.  The Sale Hearing will be held before the Honorable Christopher S.

Sontchi, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District

---

[2] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Motion.

of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware

19801.

## Objections

**PLEASE TAKE FURTHER NOTICE** that any objection to any of the relief to

be requested at the Sale Hearing must be in writing, state the basis of such objection with

specificity, and shall be filed with the Court, and shall be served on: (i) counsel to the Debtor

and Debtor-in-Possession: Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th

Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), Attn: Ira D.

Kharasch, Esq. and James E. O'Neill, Esq.; (ii) the Office of the United States Trustee, J. Caleb

Boggs Federal Building, 844 North King Street, Suite 2207, Lock Box 35, Wilmington,

Delaware 19801, Attn: Benjamin Hackman, Esq.; and (iii) counsel to the Stalking Horse

Purchaser: Morris James LLP, 500 Delaware Avenue, Suite 1500, Wilmington, Delaware 19801-

1494, Attn. Stephen M. Miller, Esq. and Chapman and Cutler LLP, 1270 Avenue of the

Americas, 30th Floor, New York, New York 10020-1708, Attn: Michael Friedman, Esq., so as

to be received by **July 3, 2018 at 4:00 p.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that all requests for information

concerning the Assets and all requests for information concerning the Bid Procedures, should be

directed in writing to Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor,

P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), Attn: Ira D. Kharasch, Esq.

and James E. O'Neill, Esq., ikharasch@pszjlaw.com; joneill@pszjlaw.com. Copies of all filed

3

DOCS_DE:219856.1 05062/001

documents can also be found at the website of the Debtors' claims agent at

www.omnimgt.com/arecont.

Dated: June 8, 2018                    PACHULSKI STANG ZIEHL & JONES LLP

                                       */s/ James E. O'Neill*
                                       Ira D. Kharasch (CA Bar No. 109084)
                                       Maxim B. Litvak (CA Bar No. 215852)
                                       James E. O'Neill (Bar No. 4042)
                                       919 North Market Street, 17th Floor
                                       P.O. Box 8705
                                       Wilmington, Delaware 19899-8705 (Courier 19801)
                                       Telephone:  (302) 652-4100
                                       Facsimile:  (302) 652-4400
                                       Email: ikharasch@pszjlaw.com
                                              mlitvak@pszjlaw.com
                                              jo'neill@pszjlaw.com

                                       Counsel for Debtors and Debtors in Possession

DOCS_DE:219856.1 05062/001