**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ARECONT VISION HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-11142 (CSS)<br>(Jointly Administered) |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 10, 2018 AT 11:00 A.M. (EASTERN TIME)**

**PLEASE NOTE: AT THE COURT'S REQUEST, THE
TIME OF THE HEARING HAS BEEN CHANGED FROM
2:00 P.M. (EASTERN TIME) TO 11:00 A.M. (EASTERN TIME).**

**The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.**

**Any party participating telephonically should make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., one (1) business day before the hearing.**

**MATTER GOING FORWARD**

1. **Sale Motion** – Motion for Entry of an Order (I) (A) Authorizing Entry Into the Asset Purchase Agreement with Respect to the Sale of Substantially All of the Debtors' Assets, (B) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets, (C) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notices Related Thereto, (D) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts and Leases, Including Notice of Proposed Cure Amounts, (E) Approving Certain Breakup Fee and Expense Reimbursement Provisions; (II) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear of All Liens, Claims and Encumbrances, and Other Interests, and (B) the Assumption and Assignment of Certain Contracts and Leases; and (III) Granting Related Relief [Filed: 5/18/18] (Docket No. 62).

    Sale Objection Deadline:   July 3, 2018 at 4:00 p.m. Eastern Time.

---

[1] The Debtors and the last four digits of their U.S. tax identification number are Arecont Vision Holdings, LLC (9187), Arecont Vision, LLC (1410), and Arecont Vision IC DISC (5376). The Debtors' noticing address in these chapter 11 cases is 425 Colorado Street, Suite 700, Glendale, CA 91205.

[2] **Amended items appear in bold.**

Assumption and Cure Objection Deadline:   July 3, 2018 at 4:00 p.m. Eastern Time.

Responses Received:

a) Reservation of Rights of the Chubb Companies with Respect to the Debtors' Motion for Entry of an Order (I) (A) Authorizing Entry Into the Asset Purchase Agreement with Respect to the Sale of Substantially All of the Debtors' Assets, (B) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets, (C) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notices Related Thereto, (D) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts and Leases, Including Notice of Proposed Cure Amounts, (E) Approving Certain Breakup Fee and Expense Reimbursement Provisions; (II) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear of All Liens, Claims and Encumbrances, and Other Interests, and (B) the Assumption and Assignment of Certain Contracts and Leases; and (III) Granting Related Relief [Filed: 5/30/18] (Docket No. 88).

b) Limited Objection and Reservation of Rights of BSREP SoCal Glendale LLC with Respect to Potential Assumption and Assignment of Unexpired Lease and Proposed Cure Amount [Filed: 7/3/18] (Docket No. 155).

Related Documents:

a) [Signed] Order (A) Authorizing Entry Into the Asset Purchase Agreement with Respect to the Sale of Substantially All of the Debtors' Assets; (B) Approving Bid Procedures for the Sale of Substantially All of the Assets of Debtors; (C) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notices Related Thereto; (D) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts and Leases, Including Notice of Proposed Cure Amounts; (E) Approving Certain Breakup Fee and Expense Reimbursement Provisions; and (III) Granting Related Relief [Filed: 6/7/18] (Docket No. 110).

b) Notice to Counterparties to Executory Contracts and Unexpired Leases That May Be Assumed and Assigned [Filed: 6/8/18] (Docket No. 114).

c) Notice of Sale Procedures, Auction Date and Sale Hearing for Substantially All of Debtors' Assets [Filed: 6/8/18] (Docket No. 115).

d) Notice of Auction and Sale Hearing for Debtors' Assets [Filed: 6/12/18] (Docket No. 139).

e) Notice of Auction and Supplemental Notice to Counterparties to Executory Contracts and Unexpired Leases That May Be Assumed and Assigned or Rejected [Filed: 7/3/18] (Docket No. 156).

Status:  The Chubb Reservation of Rights is not applicable as neither qualified bidder seeks assignment of the Chubb insurance policies.  This matter will go forward.

| | |
|---|---|
| Dated: July 6, 2018 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ James E. O'Neill*<br>Ira D. Kharasch (CA Bar No. 109084)<br>Maxim B. Litvak (CA Bar No. 215852)<br>James E. O'Neill (Bar No. 4042)<br>919 North Market Street, 17th Floor<br>PO Box 8705<br>Wilmington, Delaware 19899 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ikharasch@pszjlaw.com<br>       mlitvak@pszjlaw.com<br>       jo'neill@pszjlaw.com<br><br>Counsel to the Debtors and Debtors in Possession |