**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AV DEBTOR HOLDINGS, *et al.*,[1]<br><br>         Debtors. | Chapter 11<br><br>Case No. 18-11142 (CSS)<br>(Jointly Administered) |

                   Objection Deadline: October 2, 2018 at 4:00 p.m. (ET)
                   Hearing Date: October 10, 2018 at 2:00 p.m. (ET)

**NOTICE OF HEARING ON DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) DISMISSING THE CHAPTER 11 CASES; (II) AUTHORIZING THE ABANDONMENT OF CERTAIN PROPERTY; (III) TERMINATING CLAIMS AND NOTICING SERVICES; (IV) EXCULPATING CERTAIN PARTIES FROM LIABILITY IN CONNECTION WITH THESE CHAPTER 11 CASES; AND (V) GRANTING RELATED RELIEF**

    **PLEASE TAKE NOTICE** that on September 18, 2018, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the attached *Debtors' Motion for Entry of an Order (I) Dismissing the Chapter 11 Cases; (II) Authorizing the Abandonment of Certain Property; (III) Terminating Claims and Noticing Services; (IV) Exculpating Certain Parties from Liability in Connection with These Chapter 11 Cases; and (V) Granting Related Relief* (the "Motion") [Docket No. 194] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

    The Motion requests, among other relief, that the Bankruptcy Court dismiss the above referenced Chapter 11 cases, abandon certain property of the Debtors and also approve the following language exculpating certain parties from liability in connection with the Chapter 11 cases:

> *From and after the entry of this Order, the Debtors, their affiliates, successors, or assignees, and any of the Debtors' respective directors, officers, employees, attorneys, consultants and advisors who served during any portion of these Chapter 11 Cases, and any other professionals retained in these cases shall be exculpated from any liability for any act taken or omitted to be taken in good faith through the date of entry of this Order for any actions in connection with or related to the Debtors or the Debtors' Chapter 11 Cases, except for any claim or cause of action arising from the fraud, gross negligence, or willful misconduct of such party.*

    **PLEASE TAKE FURTHER NOTICE** that you may obtain a free copy of the Motion at https://www.omnimgt.com/arecont or at the Bankruptcy Court's website (PACER charges apply) www.deb.uscourts.gov.

---

[1] The Debtors and the last four digits of their U.S. tax identification number are AV Debtor Holdings (f/k/a Arecont Vision Holdings, LLC) (9187), AV Debtor (f/k/a Arecont Vision, LLC) (1410), and AV Debtor IC DISC (f/k/a Arecont Vision IC DISC) (5376). The Debtors' noticing address in these chapter 11 cases is AV Debtor Holdings, *et al.* c/o Armory Strategic Partners, LLC, 1230 Rosecrans Avenue, Suite 660, Manhattan Beach, CA 90266, Attn: T. Scott Avila, Chief Restructuring Officer.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Motion must be filed with the Bankruptcy Court on or before **October 2, 2018 at 4:00 p.m. prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) the Debtors: AV Debtor Holdings, *et al*. c/o Armory Strategic Partners, LLC, 1230 Rosecrans Avenue, Suite 660, Manhattan Beach, CA 90266, Attn: T. Scott Avila, Chief Restructuring Officer; (ii) counsel for the Debtors: Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: Ira D. Kharasch, Esq. (ikharasch@pszjlaw.com) and James E. O'Neill, Esq. (joneill@pszjlaw.com); (iii) counsel to the lender: (a) Baker Botts, L.L.P., 30 Rockefeller Plaza, New York, NY 10112, Attn: Emanuel C. Grillo, Esq. (emanuel.grillo@bakerbotts.com); Luke A. Weedon, Esq. (luke.weedon@bakerbotts.com); and Christopher R. Newcomb (chris.newcomb@bakerbotts.com) and (b) Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, Wilmington, DE 19801, Attn: Robert J. Dehney, Esq. (rdehney@mnat.com) and Matthew B. Harvey, Esq. (mharvey@mnat.com); (iv) the Office of the United States Trustee for the District of Delaware: United States Trustee, 844 King Street, Suite 2207, Lockbox #35, Wilmington, DE 19801, (Fax: 302-573-6497), Attn: Benjamin A. Hackman, Esq. (benjamin.a.hackman@usdoj.gov.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER APPROVAL OF THE MOTION WILL BE HELD ON **OCTOBER 10, 2018 AT 2:00 P.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE CHRISTOPER S. SONTCHI, CHIEF UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

| | |
|---|---|
| Dated: September 19, 2018 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ James E. O'Neill* |
| | Ira D. Kharasch (CA Bar No. 109084) |
| | Maxim B. Litvak (CA Bar No. 215852) |
| | James E. O'Neill (Bar No. 4042) |
| | 919 North Market Street, 17th Floor |
| | PO Box 8705 |
| | Wilmington, Delaware 19899 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: ikharasch@pszjlaw.com |
| |       mlitvak@pszjlaw.com |
| |       jo'neill@pszjlaw.com |
| | Counsel to the Debtors and Debtors in Possession |