IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AV DEBTOR HOLDINGS, *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 18-11142 (CSS)<br>(Jointly Administered) |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 191
## (NO ORDER REQUIRED)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the *Fourth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Debtors and Debtors in Possession, for the Period from August 1, 2018 through August 31, 2018* (the "Application") filed on September 10, 2018 [Docket No. 191]. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the notice of Application, objections to the Application were to be filed and served no later than October 1, 2018 at 4:00 p.m. prevailing Eastern Time.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (Docket No. 102) entered on June 7, 2018, the Debtors are authorized to pay Pachulski Stang Ziehl & Jones LLP $31,468.60 which represents 80% of the fees ($39,336.00) and $6,490.58 which represents 100% of the expenses requested in

---

[1] The Debtors and the last four digits of their U.S. tax identification number are AV Debtor Holdings (f/k/a Arecont Vision Holdings, LLC) (9187), AV Debtor (f/k/a Arecont Vision, LLC) (1410), and AV Debtor IC DISC (f/k/a Arecont Vision IC DISC) (5376). The Debtors' noticing address in these chapter 11 cases is AV Debtor Holdings, *et al.* c/o Armory Strategic Partners, LLC, 1230 Rosecrans Avenue, Suite 660, Manhattan Beach, CA 90266, Attn: T. Scott Avila, Chief Restructuring Officer.

the Application for the period from August 1, 2018 through August 31, 2018, upon the filing of this certification and without the need for entry of a Court order approving the Application.

Dated: October 2, 2018

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Ira D. Kharasch (CA Bar No. 109084)
Maxim B. Litvak (CA Bar No. 215852)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ikharasch@pszjlaw.com
       mlitvak@pszjlaw.com
       jo'neill@pszjlaw.com

Counsel to the Debtors and Debtors in Possession