IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AV DEBTOR HOLDINGS, et al.,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 18-11142 (CSS)<br>(Jointly Administered)<br><br>**Related Docket No. 190** |

**ORDER GRANTING FIRST AND FINAL APPLICATION OF IMPERIAL CAPITAL, LLC, INVESTMENT BANKER AND FINANCIAL ADVISOR TO THE DEBTORS, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MAY 14, 2018 THROUGH JULY 13, 2018**

Upon consideration of the final application (the "Application")[2] of Imperial Capital, LLC ("Imperial"), investment banker and financial advisor to the above-captioned debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases, for final compensation and reimbursement of expenses; and the Court having reviewed the Application; and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, (ii) this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b), (iii) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and (iv) notice of the Application was appropriate under the circumstances; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT

　　　　1.　　The Application is granted on a final basis.

---

[1] The Debtors and the last four digits of their U.S. tax identification number are AV Debtor Holdings (f/k/a Arecont Vision Holdings, LLC) (9187), AV Debtor (f/k/a Arecont Vision, LLC) (1410), and AV Debtor IC DISC (f/k/a Arecont Vision IC DISC) (5376). The Debtors' noticing address in these chapter 11 cases is AV Debtor Holdings, et al. c/o Armory Strategic Partners, LLC, 1230 Rosecrans Avenue, Suite 660, Manhattan Beach, CA 90266, Attn: T. Scott Avila, Chief Restructuring Officer.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

1

2

        2.       Final compensation is hereby allowed and approved for professional services rendered by Imperial on behalf of the Debtors in the sum of $626,735.38 as compensation for reasonable and necessary professional services rendered and the sum of $733.00 for reimbursement of actual and necessary costs and expenses incurred, for a total of $627,468.38 for the period from May 14, 2018 through July 13, 2018.

        3.       The Debtors are authorized to pay any outstanding amount of the fees and expenses approved by this Order.

        4.       The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

        5.       This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____10/10_____, 2018

                                                The Honorable Christopher S. Sontchi
Chief United States Bankruptcy Judge