**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AV DEBTOR HOLDINGS, *et al.*,[1] | Case No. 18-11142 (CSS) <br> (Jointly Administered) |
| Debtors. | **Related Docket No. 194** |

**CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING DEBTORS'**
**MOTION FOR ENTRY OF AN ORDER (I) DISMISSING THE CHAPTER 11 CASES;**
**(II) AUTHORIZING THE ABANDONMENT OF CERTAIN PROPERTY;**
**(III) TERMINATING CLAIMS AND NOTICING SERVICES; (IV) EXCULPATING**
**CERTAIN PARTIES FROM LIABILITY IN CONNECTION WITH**
**THE CHAPTER 11 CASES; AND (V) GRANTING RELATED RELIEF**

The undersigned hereby certifies the following:

1.    On September 18, 2018, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed the *Debtors' Motion for Entry of an Order (I) Dismissing the Chapter 11 Cases; (II) Authorizing the Abandonment of Certain Property; (III) Terminating Claims and Noticing Services; (IV) Exculpating Certain Parties from Liability in Connection with These Chapter 11 Cases; and (V) Granting Related Relief* (the "Motion") [Docket No. 194].

2.    The deadline to object to the Motion was October 2, 2018 at 4:00 p.m. Eastern Time (the "Objection Deadline"). The Objection Deadline was extended to October 3, 2018 at 4:00 p.m. Eastern Time for the United States Trustee (the "UST") and extended to

---

[1] The Debtors and the last four digits of their U.S. tax identification number are AV Debtor Holdings (f/k/a Arecont Vision Holdings, LLC) (9187), AV Debtor (f/k/a Arecont Vision, LLC) (1410), and AV Debtor IC DISC (f/k/a Arecont Vision IC DISC) (5376). The Debtors' noticing address in these chapter 11 cases is AV Debtor Holdings, *et al.* c/o Armory Strategic Partners, LLC, 1230 Rosecrans Avenue, Suite 660, Manhattan Beach, CA  90266, Attn: T. Scott Avila, Chief Restructuring Officer.

October 4, 2018 at 4:00 p.m. Eastern Time for Wonder Vision Parties ("Wonder Vision") and

Federal Insurance Company ("Federal Insurance").

3.      The Debtors received informal comments to the Motion from Wonder

Vision, Federal Insurance and the Debtors' former landlord (the "Informal Comments").

4.      On October 3, 2018, the UST filed the *Limited Objection of the United*

*States Trustee to the Debtors' Motion to Dismiss* (the "Limited Objection") [Docket No. 206].

5.      On October 4, 2018, the Debtors filed the *Notice of Filing of Revised*

*Proposed Order Granting Debtors' Motion for Entry of an Order (I) Dismissing the Chapter 11*

*Cases; (II) Authorizing the Abandonment of Certain Property; (III) Terminating Claims and*

*Noticing Services; (IV) Exculpating Certain Parties from Liability in Connection with These*

*Chapter 11 Cases; and (V) Granting Related Relief* (the "Notice") [Docket No. 207].  The

proposed order attached to the Notice resolves the Informal Comments.

6.      On October 4, 2018, the Debtors filed the *Reply of the Debtors in Support*

*of Motion to Dismiss* [Docket No. 208].

7.      On October 10, 2018, a hearing was held on the Motion (the "Hearing").

At the Hearing, the Court overruled the Limited Objection.

8.      Attached hereto as Exhibit A is the proposed form of order (the "Revised

Proposed Order") attached as Exhibit A to the Notice.

9.      Accordingly, the Debtors respectfully request entry of the Revised

Proposed Order at the Court's earliest convenience.

Dated: October 18, 2018

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
Ira D. Kharasch (CA Bar No. 109084)
Maxim B. Litvak (CA Bar No. 215852)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ikharasch@pszjlaw.com
        mlitvak@pszjlaw.com
        jo'neill@pszjlaw.com

Counsel to the Debtors and Debtors in Possession

DOCS_DE:221514.1 05062/002