IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AV DEBTOR HOLDINGS, *et al.*,[1] | ) | Case No. 18-11142 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | Related Docket Nos. 195, 205, *215* |

# ORDER GRANTING
## UPDATED FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM MAY 14, 2018 THROUGH OCTOBER 10, 2018

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel for the Debtors and Debtors in Possession ("Debtors") in the above-captioned case, filed its Final Application for Compensation and for Reimbursement of Expenses for the Period from May 14, 2018 through October 10, 2018 (the "Final Application"). The Court has reviewed the Final Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Final Application, and any hearing on the Final Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Final Application. Accordingly, it is hereby

ORDERED that the Final Application is GRANTED, on a final basis, and all fees and expenses requested are allowed on a final basis. The Debtors in the above cases shall pay to

---

[1] The Debtors and the last four digits of their U.S. tax identification number are AV Debtor Holdings (f/k/a Arecont Vision Holdings, LLC) (9187), AV Debtor (f/k/a Arecont Vision, LLC) (1410), and AV Debtor IC DISC (f/k/a Arecont Vision IC DISC) (5376). The Debtors' noticing address in these chapter 11 cases is AV Debtor Holdings, *et al.* c/o Armory Strategic Partners, LLC, 1230 Rosecrans Avenue, Suite 660, Manhattan Beach, CA 90266, Attn: T. Scott Avila, Chief Restructuring Officer.

PSZ&J the sum of $591,367.50 as compensation for necessary professional services rendered, and actual and necessary expenses in the amount of $59,526.92 for a total of $650,894.42 for services rendered and disbursements incurred by PSZ&J for the period May 14, 2018 through October 10, 2018, less any amounts previously paid in connection with the monthly fee applications; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: October 19, 2018

Christopher S. Sontchi,
Chief United States Bankruptcy Judge